HENRY STEDEKER, Respondent, v. HENRY O. BERNARD, Appellant.

(Argued June 27, 1882 ; decided October 10, 1882.)

*Samuel Hand* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.

---

HELIE TREMBLY, as Administrator, etc., Appellant, v. THE GOUVERNEUR PULP COMPANY, Respondent.

(Submitted June 27, 1882 ; decided October 10, 1882.)

*Russell & Robinson,* for appellant.

*Edward H. Neary* for respondent.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.